# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163277(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 163277
                             COA: 345852
                             Genesee CC: 17-041898-FC

DAMARIUS MONTRAIL GREEN,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a Standard 4 brief is GRANTED. The Standard 4 brief submitted on July 14, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021                       

                                      Clerk